# UNITED STATES DISTRICT COURT

## Western District of Wisconsin

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **JUDGMENT**<br>**on a Motion pursuant to** |
| **Plaintiff,** | **28 U.S.C. § 2255** |
| **v.** | Case No.: 3:08-cv-00079-bbc<br>05-CR-092-S |
| **SENACA BARTLETT,** | |
| **Defendant.** | |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

Defendant's motion for post-conviction relief pursuant to 28 U.S.C. § 2255 is DENIED.

**THERESA M. OWENS**
―――――――――――――――――――――――――――――――
**Theresa M. Owens, Clerk**

**/s/ S. Vogel**

**by Deputy Clerk**

**2/12/08**
―――――――――――――
**Date**